# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00706-CV

**Damian Mandola and Trina Mandola, Appellants**

**v.**

**DuchMandola, Ltd. n/k/a Duchman, Ltd., Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
NO. 11-1142, HONORABLE WILLIAM HENRY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Joint Motion

Filed: April 18, 2012